UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00194-FDW-DSC

| JOSE MALDONADO, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on Defendant's Consent Motion to Remand to State Court, (Doc. No. 11), filed on August 3, 2022. Plaintiff Jose Maldonado has stipulated and agreed that his damages do not equal or exceed $25,000.00 and that he will never attempt to recover any sum in excess of $25,000.00 related to the above-captioned case. Accordingly, the parties have consented to the remand of this case. (See Doc. No. 11). For the reasons set forth in the motion, including that the alleged damages fail to meet or exceed the jurisdictional limit required for diversity jurisdiction in the United States District Court, the Court GRANTS the Motion and hereby REMANDS this matter to the Mecklenburg District Court.

IT IS SO ORDERED.

Signed: August 3, 2022

_____
Frank D. Whitney
United States District Judge